ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADIS IZADI, ET AL., | CASE NO. 2:25-CV-02354-DJC-SCR |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| MARCO RUBIO, ET AL., | |
| Defendants. | |

    Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' Form I-589, Applications for Asylum and Withholding of Removal, which Plaintiffs allege has been pending since October 2021.

    The U.S. Attorneys' Office was served with the Complaint filed in this case on September 29, 2025, one day before the lapse in funding to the Department of Justice began on October 1, 2025. Due to the lapse of appropriations to the Department of Justice, undersigned counsel was unable to perform her routine civil litigation functions between October 1, 2025, and November 12, 2025, the date appropriations were restored to the Department. That included working on this case. Undersigned counsel now requires time to confer with her client and prepare a substantive response to the complaint. Defendants anticipate filing a motion. Thus, undersigned counsel for Defendants requires time to prepare that motion, seek review by the client, and time to obtain declarations in support of the motion. In addition, undersigned counsel has numerous other mandamus/APA cases with substantive deadlines

that are simultaneously coming due to the backlog of cases that occurred as a result of the lapse of appropriations.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 19, 2025. The parties further request that all other filing deadlines and appearances be similarly extended.

Respectfully submitted,

Dated: November 20, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MICHAEL HOMAYOUN MOGHTADER
MICHAEL HOMAYOUN MOGHTADER
Counsel for Plaintiffs

ORDER

**IT IS SO ORDERED.**

Dated: November 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE