```
 1  ERIC GRANT
    United States Attorney
 2  SHELLEY D. WEGER
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HADIS IZADI, ET AL., | CASE NO. 2:25-CV-02354-DJC-SCR |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| MARCO RUBIO, ET AL., | |
| Defendants. | |

Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' Form I-589, Applications for Asylum and Withholding of Removal, which Plaintiffs allege has been pending since October 2021. The Court previously granted a stipulation for what amounted to a 21-day extension of time to respond to the complaint due the lapse of appropriations to the Department of Justice. Dkt. Nos. 14, 15. Defendants request additional time to further confer with Plaintiffs' counsel prior to responding to the complaint.

///

///

///

///

///

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME        1

The parties now stipulate to extend the date for Defendants to file an answer or other dispositive pleading from December 19, 2025, to January 22, 2026. The parties further request that all other filing deadlines and appearances be similarly extended.

Respectfully submitted,

Dated: December 19, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MICHAEL HOMAYOUN MOGHTADER
MICHAEL HOMAYOUN MOGHTADER
Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: December 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE