ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADIS IZADI, ET AL., | CASE NO.  2:25-CV-02354-DJC-SCR |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY |
| v. | |
| MARCO RUBIO, ET AL., | |
| Defendants. | |

Defendants respectfully request an extension of time through and including March 23, 2026, in which to file the reply in support of its motion to dismiss, and Plaintiffs do not oppose. Defendants filed a motion to dismiss on January 22, 2026. ECF 19. Plaintiffs filed an opposition on March 4, 2026. ECF 21, 22. Pursuant to Local Rule 230(d), Defendants reply is currently due March 16, 2026. A motion hearing is currently scheduled for April 2, 2026, at 1:30 p.m. ECF 19.

The parties hereby stipulate that the deadline for Defendants to file their reply be extended through and including March 23, 2026.

Respectfully submitted,

Dated: March 16, 2026

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MICHAEL HOMAYOUN MOGHTADER
MICHAEL HOMAYOUN MOGHTADER
Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: March 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY

2