ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HADIS IZADI, ET AL.,

Plaintiffs,

v.

MARCO RUBIO, ET AL.,

Defendants.

CASE NO. 2:25-CV-02354-DJC-SCR

STIPULATION AND ORDER FOR EXTENSION OF TIME

On September 17, 2026, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss and granting Plaintiffs 21 days to file an amended complaint, if any. ECF 28. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' responsive pleading is due 14 days after notice of the court's action on the motion unless the Court sets a different time. Counsel for the parties have conferred and determined that they both need additional time to determine how they intend to proceed in this matter. The parties hereby stipulate and request the Court grant the following extensions of time for their respective deadlines:

- Plaintiffs will file an amended complaint, if any, by November 4, 2026.
- Defendants will file a response to the original or amended complaint by November 25, 2026.

The parties will apprise the Court of any developments that may eliminate the need for further litigation.

Respectfully submitted,

Dated: September 30, 2026

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MICHAEL HOMAYOUN MOGHTADER
MICHAEL HOMAYOUN MOGHTADER
Counsel for Plaintiffs

ORDER

It is so ordered.

Dated: October 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE