ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADIS IZADI, ET AL.,<br>Plaintiffs,<br>v.<br>MARCO RUBIO, ET AL.,<br>Defendants. | CASE NO. 2:25-CV-02354-DJC-SCR<br>STIPULATION AND ORDER FOR STAY |

The parties jointly request to stay this case through and including February 24, 2027. This case concerns allegations that Defendant, United States Citizenship and Immigration Services, has unreasonably delayed adjudication of the Plaintiffs' Form I-589, Applications for Asylum and Withholding of Removal, which Plaintiffs allege has been pending since October 2021. The United States Citizenship and Immigration Services conducted Plaintiffs' asylum interviews on October 28, 2026, and proceeding with the adjudication of Plaintiffs' applications, but requires time to complete that process. Once the applications have been adjudicated, this case should be moot.

///

///

///

///

///

The parties therefore stipulate that this case be stayed through and including February 24, 2027, at which point the parties will file a status report informing the Court of how the parties wish to proceed. The parties further request that all other filing deadlines and appearances be vacated.

Respectfully submitted,

Dated: November 5, 2026

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MICHAEL HOMAYOUN MOGHTADER
(as authorized on 11/4/26)
MICHAEL HOMAYOUN MOGHTADER
Counsel for Plaintiffs

ORDER

It is so ordered.

Dated: November 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE